UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>   Plaintiff,<br><br>   v.<br><br>MCTAGGART, *et al.*,<br><br>   Defendants. | Case No. 1:22-cv-01421-BAM (PC)<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO REMAND THIS ACTION TO STATE COURT<br><br>(ECF No. 5)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Barry Louis Lamon ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action was removed from Kings County Superior Court on November 3, 2022. (ECF No. 1.)

On December 22, 2022, following an extension of time, Plaintiff filed a motion to remand this action to state court. (ECF No. 5.) Defendants did not file a response to Plaintiff's motion to remand, and the deadline has since expired. Having reviewed Plaintiff's motion, the Court finds it appropriate to obtain a response from Defendants regarding Plaintiff's motion to remand.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants shall file a response to Plaintiff's motion to remand this action to state court, (ECF No. 5), within **twenty-one (21) days** from the date of service of this order; and
2. Plaintiff may file a reply, if any, within **fourteen (14) days** of the date of service of Defendants' response.

IT IS SO ORDERED.

Dated:   **January 17, 2023**              /s/ *Barbara A. McAuliffe*            
                                                                    UNITED STATES MAGISTRATE JUDGE

1