**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON, | Case No. 1:22-cv-01421-KES-BAM (PC) |
| Plaintiff, | ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |
| v. | |
| MCTAGGART, *et al.*, | |
| Defendants. | |

Plaintiff Barry Louis Lamon ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action was removed from Kings County Superior Court on November 3, 2022 to the Fresno Division of the United States District Court for the Eastern District of California. (ECF No. 1.)

On December 15, 2025, Plaintiff filed a third amended complaint. (ECF No. 56.) For the first time in this action, Plaintiff names only defendants who were at all relevant times employed at Mule Creek State Prison in Amador County, and alleges violations of his civil rights that took place only at Mule Creek State Prison, which is part of the Sacramento Division of the United States District Court for the Eastern District of California.

Therefore, the complaint should be transferred to the Sacramento Division after removal.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action

1

1  will be transferred to the Sacramento Division.

2      Good cause appearing, IT IS HEREBY ORDERED that:

3    1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

5    2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **December 17, 2025**     /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE